UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LYNN JONES #166505,

    Plaintiff,

v.

P. JONES,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:21-cv-00931

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Michael Lynn Jones #166505 has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

UNSIGNED MOTION to appoint counsel, MOTION for extension of time to file (letter format, in response to Report and Recommendation #52) – ECF No. 54

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Michael Lynn Jones #166505 files a signature page (attached) within 21 days of the date of this order.

    IT IS SO ORDERED

Date:  August 29, 2023
eod

      /s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LYNN JONES #166505,

    Plaintiff,

v.

P. JONES,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:21-cv-00931

**SIGNATURE PAGE FOR:**

UNSIGNED MOTION to appoint counsel , MOTION for extension of time to file (letter format, in response to Report and Recommendation #52 ) – ECF No. 54

    The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.