UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LYNN JONES,

    Plaintiff,

v.

                                                                                                                                    Case No. 1:21-cv-931

P. JONES,                                                                                                 HON. JANET T. NEFF

    Defendant.

_____/

### ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant filed a motion to dismiss (ECF No. 37). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 7, 2023, recommending that this Court grant the motion and enter judgment in favor of Defendant. The Report and Recommendation was duly served on the parties. On September 25, 2023, the Court granted Plaintiff an extension to October 10, 2023 to file his objections (ECF No. 59). No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 52) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 37) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

     A Judgment will be entered consistent with this Order.

Dated: November 1, 2023                               /s/ Janet T. Neff
                                                                            JANET T. NEFF
                                                                            United States District Judge